JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | NO. CV 17-2949 FMO (Ex) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| PERFECT INK, INC., et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Star Fabrics, Inc. ("plaintiff") dismissed without prejudice defendants Azules and Hadari Power Fashion House Inc. (See Dkt. 12, Notice of Dismissal of Azules; Dkt. 16, Notice of Dismissal of Hadari Power Fashion House Inc.).

Having been advised by counsel that plaintiff has settled its claims with the last remaining defendant, Perfect Ink, Inc., (see Dkt. 13, Notice of Settlement with Perfect Ink, Inc.), IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 17th day of August, 2017.

/s/
Fernando M. Olguin
United States District Judge